# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:15-cr-00037-13 |
| | ) | Judge Trauger |
| JONATHAN LAMAR MOORE | ) | |
| | ) | |

## ORDER

It is hereby ORDERED that the sentencing of this defendant is RESET before Judge Trauger on Thursday, December 1, 2016 at 10:00 a.m.

It is so **ORDERED**.

ENTER this 30th day of November 2016.

_____
ALETA A. TRAUGER
U.S. District Judge